**ORDER VACATED AND APPEAL DISMISSED and Opinion Filed August 26, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00782-CV**

**IN THE INTEREST OF D.J., A CHILD**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56625-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant appeals the trial court's June 18, 2024 order awarding attorney's fees to appellee. Because it appeared the June 18 order was signed after the trial court lost plenary power, we questioned our jurisdiction over the appeal and directed the parties to file letter briefs. *See State ex. rel Latty v. Owens*, 907 S.W.2d 484, 486 (Tex. 1995) (per curiam) (action taken by trial court after plenary power expires is void); *Freedom Commc'ns, Inc. v. Coronado*, 372 S.W.3dd 621, 623-24 (Tex. 2012) (per curiam) (when appeal taken from void order, appellate court can only vacate order and dismiss appeal). Agreeing with our analysis, appellant has filed a motion to vacate the order. Appellee did not file a response, and the time to do so has passed.

The trial court signed the divorce decree on October 8, 2022. The trial court's plenary power expired on November 7, 2022. *See* TEX. R. CIV. P. 329b(d). The June 18 order is void because it was signed after the trial court lost plenary power. *See Owens*, 907 S.W.2d at 486. Accordingly, we grant appellant's motion, vacate the June 18 order, and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Coronado*, 372 S.W.3d at 623-24.

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

240782.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF D.J., A CHILD

No. 05-24-00782-CV

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-56625-2020.
Opinion delivered by Chief Justice Burns. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the trial court's June 18, 2024 order is **VACATED** and the appeal is **DISMISSED**.

Judgment entered August 26, 2024